UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIMON CHAN,<br>    *Plaintiff,*<br><br>v.<br><br>CHARLIE BAKER, Governor of the<br>Commonwealth of Massachusetts, et al.,<br>    *Defendants.* | Civil Action No. 1:20-cv-11449-DJC |

## NOTICE OF PRO SE PLAINTIFF'S ASSENT TO DEFENDANT MASSACHUSETTS BAR TRANSPORTATION AUTHORITY'S MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Defendant Massachusetts Bay Transportation Authority ("MBTA") hereby gives notice that, since the filing of its Motion to Enlarge Time to Respond to Complaint (Doc. No. 13), its undersigned counsel has had email communication with the pro se plaintiff and the plaintiff has reviewed this document and has confirmed that he assents to the Motion and the filing of this Notice.

The Defendant,

**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,**
By its counsel,

*/s/ William T. Harrington*
William T. Harrington
Harrington Law, P.C.
738 Main Street
Hingham, MA 02043
(781) 385-7230
wharringtonlaw@gmail.com
BBO No 564445

Dated: November 14, 2020

2

**CERTIFICATE OF SERVICE**

      I hereby certify that, on November 14, 2020, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy will be sent by first-class mail and by email to the plaintiff on November 14, 2020 to the following:

      Simon Chan
      1203 Symmes Circle
      Arlington, MA 02474
      simonchantranslate@gmail.com

                      */s/ William T. Harrington*