UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SIMON CHAN,<br>      *Plaintiff*,<br><br>v.<br><br>CHARLIE BAKER, Governor of the<br>Commonwealth of Massachusetts, et al.,<br>      *Defendants*. | )<br>)<br>)<br>)<br>)    Civil Action No. 1:20-cv-11449-DJC<br>)<br>)<br>)<br>)<br>) |

## STIPULATION BETWEEN PLAINTIFF AND DEFENDANT MASSACHUSETTS BAR TRANSPORTATION AUTHORITY DEFENDANTS RESPECTING SERVICE AND TIME TO FILE A RESPONSE TO COMPLAINT

The plaintiff, Simon Chan ("Plaintiff"), and defendants, Massachusetts Bay Transportation Authority (the "MBTA"), Steve Potfak, the General Manager of the MBTA ("Potfak"), and Vince Poon, the former benefit manager of the MBTA ("Poon") (together, the "MBTA Defendants"), hereby stipulate and agree as follows:

1.    Poon was served with the (second amended) complaint on November 12, 2020 and has up through December 3, 2020 to file his response to the Complaint.

2.    Potfak has not been served but accepts service of the (second amended) complaint, nunc pro tunc, to November 12, 2020 and has up through December 3, 2020 to file his response to the Complaint.

3.    The time for the MBTA to file its response to the Complaint is extended from November 25 up through December 3, 2020.

4.    Plaintiff agrees to dismiss his claims against the "Fiscal Management and Control Board," which is not a separate legal entity and, instead, an internal board of the MBTA. Plaintiff will file a notice of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i).

The Plaintiff,

*[signature]*  11-18-2020

Simon Chan (pro se)
1203 Symmes Circle
Arlington, MA 02474
simonchantranslate@gmail.com

The Defendants,

**MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
STEVEN POTFAK,
and VINCE POON,**
By their counsel,

*/s/ William T. Harrington*
William T. Harrington
Harrington & Rice, P.C.
738 Main Street
Hingham, MA 02043
(781) 385-7230
wth@harringtonrice.com
BBO No 564445

Dated: November 18, 2020

### CERTIFICATE OF SERVICE

I hereby certify that, on November 18, 2020, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy will be sent by first-class mail and by email to the plaintiff on November 18, 2020 to the following:

Simon Chan
1203 Symmes Circle
Arlington, MA 02474
simonchantranslate@gmail.com

*/s/ William T. Harrington*