UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| SIMON CHAN, ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-11449-DJC |
| ) | |
| CHARLIE BAKER, Governor of the ) | |
| Commonwealth of Massachusetts, et al., ) | |
| *Defendants.* ) | |
| _____ ) | |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT BRIAN SHORTSLEEVE

I hereby appear on behalf of Defendant Brian Shortsleeve.

> /s/ William T. Harrington
> William T. Harrington
> Harrington & Rice, P.C.
> 738 Main Street
> Hingham, MA 02043
> (781) 385-7230
> wharringtonlaw@gmail.com
> BBO No 564445

Dated:  December 8, 2020

CERTIFICATE OF SERVICE

I hereby certify that, on December 8, 2020, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy will be sent by first-class mail and email to the plaintiff on December 8, 2020 to the following:

> Simon Chan
> 1203 Symmes Circle
> Arlington, MA 02474
> simonchantranslate@gmail.com

> /s/ William T. Harrington