UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| SIMON CHAN,<br>      *Plaintiff*,<br><br>v.<br><br>CHARLIE BAKER, Governor of the<br>Commonwealth of Massachusetts, et al.,<br><br>      *Defendants*. | Civil Action No. 1:20-cv-11449-DJC |

### MOTION TO DISMISS
### BY DEFENDANT BRIAN SHORTSLEEVE

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Brian Shortsleeve, former General Manager of the MBTA and Board Member of its Fiscal Management and Control Board ("Shortsleeve"), respectfully moves to dismiss all claims asserted against him by *pro se* plaintiff Simon Chan in his (second amended) complaint (Doc. No. 10) (the "Complaint").

In moving to dismiss, Shortsleeve relies upon and incorporates by reference the Motion to Dismiss (Doc. No. 25) of co-defendants Massachusetts Bay Transportation Authority ("MBTA"), Steve Poftak, General Manager of the MBTA and Board Member of its Fiscal management and Control Board ("Poftak"), and Vince Poon, former Benefit Manager of the MBTA ("Poon") (together, the "MBTA Defendants"), and the documents supporting such Motion; namely, their Supporting Memorandum of Law (Doc. No. 26) and the supporting affidavits, with exhibits, of Kevin S. McDermott (Doc. No. 27) and Ahmad Barnes (Doc. No. 28).

WHEREFORE, defendant Shortsleeve respectfully requests that this Motion be ALLOWED and that all claims brought against him be dismissed with prejudice.

>The Defendant,
>
>**BRIAN SHORTSLEEVE,**
>By his counsel,
>
>*/s/ William T. Harrington*
>William T. Harrington (BBO No. 564445)
>Christine A. Maglione (BBO No. 600210)
>Harrington & Rice, P.C.
>738 Main Street
>Hingham, MA 02043
>(781) 385-7230
>wth@harringtonrice.com
>cam@harringtonrice.com

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, William T. Harrington, hereby certify that on December 9, 2020, I conferred with Plaintiff Simon Chan via email in a good-faith attempt to discuss this motion and resolve and narrow the issues presented therein, but no such resolution was achieved.

>*/s/ William T. Harrington*

### CERTIFICATE OF SERVICE

I hereby certify that, on December 9, 2020, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy will be sent by first-class mail and by email to the plaintiff on December 9, 2020 to the following:

>Simon Chan
>1203 Symmes Circle
>Arlington, MA 02474
>simonchantranslate@gmail.com

>*/s/ William T. Harrington*