# United States Court of Appeals
## For the First Circuit

No. 22-1093

SIMON CHAN, Former Employee of Massachusetts Bay Transportation Authority,

Plaintiff - Appellant,

v.

MAURA TRACY HEALEY, Governor of the Commonwealth of Massachusetts; JAMEY TESLER, Secretary & CEO of Massachusetts Department of Transportation; STEVE POFTAK, General Manager of Massachusetts Bay Transportation Authority, MBTA and Vice-chair of the Fiscal Management & Control Board, FMCB; BRIAN SHORTSLEEVE, General Manager of the MBTA and Board Member of the FMCB; VINCE POON, Former Benefit Manager of the MBTA; MASSACHUSETTS BAY TRANSPORTATION AUTHORITY; MASSACHUSETTS DEPARTMENT OF TRANSPORTATION; FISCAL MANAGEMENT AND CONTROL BOARD,

Defendants - Appellees.

**MANDATE**

Entered: January 3, 2024

    In accordance with the judgment of December 11, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Denise A. Brogna
Simon Wai Chan
William T. Harrington
Joseph Patrick Lucia
Kevin Sean McDermott